IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


EMPERATRIZ  CUEVA,  MARIO  CUEVA,
MARIA   CUEVA   AND   EMPERATRIZ
CUEVA, as legal guardian of the minor child
EMPERATRIZ V. CUEVA,                                    Case No. _____

      Plaintiffs,

v.

HOME DEPOT USA, INC.

      Defendants.

_____/


## **COMPLAINT**

Plaintiffs Emperatriz Cueva, Mario Cueva, Maria Cueva and Emperatriz Cueva as legal guardian of the minor child Emperatriz V. Cueva, by and through undersigned counsel, hereby sues defendant Home Depot USA, Inc. and states as follows

### **Jurisdiction and Venue**

1.    This Court has jurisdiction overt his matter pursuant to 28 U.S.C. §1332, on the basis of diversity jurisdiction with an amount in controversy over $75,000, excluding costs, attorneys' fees and interest.

2.    Venue is proper in the United States District Court for the Southern District of Florida pursuant to 18 U.S.C. §1965, as all parties reside, or are found, have an agent or transaction affairs within this district.

### **Parties**

1

3.      Plaintiff Emperatriz Cueva ("EC") is an individual who resides in Broward County, Florida.

4.      Plaintiff Mario Cueva ("MC") is an individual who resides in Broward County, Florida.

5.      Plaintiff Maria Cueva ("Maria Cueva") is an individual who resides in Broward County, Florida.

6.      Emperatriz V. Cueva ("EVC") is a minor child who resides with her parents/legal guardians Emperatriz Cueva and Mario Cueva in Broward County, Florida.

7.      Home Depot USA, Inc. ("Home Depot") is a Georgia Corporation with its principal place of business in Atlanta, Georgia.

8.      All conditions precedent to this action have been performed or have occurred.

9.      Plaintiffs were caused to retain the undersigned law firm to enforce their rights and, further, are entitled to recover their reasonable fees and costs.

### General Allegations

10.      Plaintiffs MC and EC own the property located at 472 Lakeside Circle, Sunrise, Florida 33326 (the "Property").  Their adult child, Maria Cueva and their minor child, EVC, reside with them at their home.

11.      In or about August 2016, Plaintiffs MC and EC visited the Home Depot Store 6236 W. Griffin in Davie, Florida to inquire about the installation of a new roof. At the time, Home Depot offered roof installation services at their various locations.

12.      On or about August 18, 2016, Plaintiffs MC and EC entered into a Home Improvement Contract with THD At-Home Services, Inc. d/b/a The Home Depot At Home Services, which upon

information and belief is a now defunct wholly owned subsidiary of defendant Home Depot.   A true and correct copy of the Contract is attached hereto as Exhibit "A."

13.     The Contract required the installation of a new roof at the property, for the contract sum of $ 20,517.00 (the "Project").

14.     The contractor's license number listed on the Contract is held by or on behalf of Home Depot as set forth on Home Depot's website:

https://www.homedepot.com/c/SV_HS_Contractor_License_Numbers.

15.     Home Depot's website assures clients that it "stands behind all installation work to make sure the project is completed on time the right way."

16.     The roof installation was completed on or about December 2016.

17.     Upon completion, Home Depot issued an Installed Residential Roofing Systems Limited Craftmanship Warranty (the "Home Depot Warranty").  A true and correct copy of the Home Depot Warranty is attached hereto as Exhibit "B."

18.     In or about September 2018, Plaintiffs experienced leaks in the roof that caused water damage throughout the Property.   Plaintiff EC contacted Home Depot to put it on notice of a warranty claim.

19.     Over the course of the next several years, Plaintiff EC negotiated with Home Depot and its claims representatives Genpact (for exterior damage and repairs) and Sedgwick (for interior damage and repairs) to remedy the defects and repair the damage caused by those defects.

20.     The amounts offered by Genpact and Sedgewick to resolve the warranty claims was woefully insufficient.

21.     During this time, Plaintiffs began developing significant and serious health problems due to exposure to mold forming as a result of the leaks in the roof.

3

22.     Unable to make any progress with Genpact and Sedgwick despite numerous attempts, Plaintiffs hired counsel to put Home Depot on notice of the construction defects as required by Fla. Stat. §558.

23.     On or about October 15, 2021, Plaintiffs EC and MC served a notice of claim pursuant to Fla. Stat. §558.001 *et seq.* ("Construction Defect Notice") upon THD At-Home Services, Inc. by certified mail at the address listed in the Contract.  Such mailing was returned as undeliverable.

24.     On or about November 8, 2021, Plaintiffs EC and MC made a second attempt to serve THD At-Home Services, Inc. at their Atlanta, Georgia address identified through a public records search, however Plaintiffs received no response.

25.     On January 13, 2022, the Construction Defect Notice was forwarded to Home Depot's Executive Vice President and General counsel Teresa Wynn Roseborough, Esq.   A true and correct copy of the letter to counsel and the Construction Defect Notice is attached hereto as Exhibit "C."

26.     Thereafter, Home Depot requested an extension of time to respond to the Construction Defect Notice and conducted an inspection of the property on March 22, 2022.  Therefore, all required conditions precedent to suit have been completed.

27.     The parties were unable to resolve the issues raised by the Construction Defect Notice.

### Construction Defects

28.     As set forth in Exhibit C, Home Depot has been placed on notice of numerous defects in the construction of the roof on the Property, which included but are not limited to:

a.      Defective, deficient, and/or improperly installed roof materials, including the fasteners, nails, screws, flashing, cement, waterproofing and sealants, that are deteriorating, cracking and causing water intrusion and damage to both the interior and exterior of the home. The roof is retaining water and leaking in numerous places, causing mold and other damage to exterior and interior walls, light fixtures and ceilings.  Active water leaks throughout the house, and significant mold formation causing chronic health issues.

b.     The roof is missing wall flashes, stucco, sealer flex waterproofing, seal flex pink and fabric as set forth in the Genpact Report.

c.     Defective, deficient, and/or improperly installed flashing, valley and return resulting in water intrusion and damage.

d.     Defective, deficient, and/or improperly installed clay tiles that are cracked and/or missing underlayments, plastic caps and sheets, resulting in water intrusion and damage.

e.     Defective, deficient, and/or improperly installed boards on the side of the roof, resulting in leakage through the boards, and blockage of the breather vent, causing humidity and dampness in the bathroom.

f.     Mold and environmental toxins identified in walls, boards and window seals, air handlers, and in other areas of the home, causing significant, chronic health issues in residents and resulting in thousands of dollars in out-of-pocket medical costs in addition to pain and suffering.  Mold also damaged furniture, clothing, landscaping equipment and other items inside the home.

29.    The identified defects have caused significant property damage including but not limited to water damage to fixtures, ceilings, walls, HVAC and household furnishings and personal property, and damage due to mold and other toxins.

30.    The following professionals will need to be hired to repair the defective roof and the resulting interior and exterior damage:

      a.   General Contractor
      b.   Electrical Specialist for both interior and exterior work
      c.   Tarp Specialist
      d.   Mold Restoration and Removal Specialist
      e.   Mason and Roofer Professional
      f.   Painter
      g.   Construction Debris/ Roll Off Dumpster
      h.   Garage Door Professional
      i.   Window Professional
      j.   Professional to replace walls, ceiling, crown and frames
      k.   HVAC Contractor

31.     In addition to the exterior and interior property damage noted above, each of the Plaintiffs have developed severe and chronic medical conditions due to mold exposure and are entitled to damages for present and future medical bills, pain and suffering, lost income and benefits, among other things.

32.     Finally, Plaintiffs will incur damages to remediate the mold on their Property.

33.     As a result of Home Depot' failures, Plaintiffs have sustained damages and will continue to sustain damages currently calculated to exceed $1 million, including the costs incurred and to be incurred in removing, replacing, repairing and correcting Home Depot' work; in mold remediation and as compensation for past, present and future medical expenses.

## Count I – Violation of Florida Building Code

34.     The allegations in paragraphs 1 through 33 are realleged as if fully set forth herein.

35.     Section 553.84, Florida Statutes (2001) expressly creates a cause of action in favor of any person who sustains damages as a result of a violation of the Florida Building Code and against the person or party who committed the violation.

36.     Home Depot was under a statutory duty, pursuant to Chapter 553, Florida Statutes, to properly construct and deliver the Project in compliance with all applicable local, state, and national building codes and regulations.

37.     Home Depot failed to comply with all applicable local, state and national building codes and regulations, including the Florida Building Code, by installing the roof in a defective, deficient and improper manner as set forth above and/or by hiring individuals to perform work on the Property who did not have the requisite skill or license to perform such work.

38.     Home Depot knew or should have known that its construction was in violation of the Florida Building Code.

39.     Plaintiffs have and/or will suffer damages proximately caused by Home Depot's failure to comply with the Florida Building Code, including but not limited to the cost to correct the code violations, to replace the  roof and to remediate the mold, among other things.

WHEREFORE, Plaintiffs demand judgment against Home Depot USA, Inc. for all damages allowed by law, including but not limited to expert fees, and such other and further relief as the Court deems just and proper.

## Count II – Breach of Contract

40.     The allegations in paragraphs 1 through 33 are realleged as if fully set forth herein.

41.     Before entering into the Contract with Plaintiffs, Home Depot familiarized itself with the Property and the plans and specifications for the Project.

42.     The Contract required Home Depot to "furnish, deliver and arrange for the installation of" a new roof as set forth in the Spec Sheet.

43.     Home Depot never indicated to Plaintiffs that additional information was required to complete the project in accordance with the Contract and specifications.

44.     Home Depot never notified Plaintiffs of the existence of any conditions that would interfere with Home Depot being able to perform the work required under the Contract.

45.     Home Depot breached the parties' Contract by, among other things:

    a.     Failing to construct the improvements in accordance with the Contract and specifications;
    b.     Failing to construct the improvements in accordance with all applicable building codes;
    c.     Failing to construct the improvements in a good and workmanlike manner;
    d.     Failing to properly supervise its employees and subcontractors;
    e.     Failing to properly coordinate its subcontractors; and
    f.     Failing to diligently prosecute the work.

46.     Plaintiffs fully performed all of their obligations under the Contract.

47.     As a result of Home Depot's breaches, Plaintiffs have sustained and continue to sustain damages, including but not limited to the costs to remove, replace, repair and correct Home Depot's work, and the damage caused thereby.

WHEREFORE, Plaintiffs demand judgment against Home Depot USA, Inc. for all damages permitted by law, including expert fees, and for such other and further relief as the Court deems just and proper.

### Count III – Negligence

48.     The allegations in paragraphs 1 through 33 are realleged as if fully set forth herein.

49.     As the general contractor, Home Depot owed duties to Plaintiffs: (i) to exercise reasonable care to prevent reasonably foreseeable harm; (ii) to comply with the Florida Building Code and other building codes and regulations; and (iii) to manage the project, hire qualified individuals and to protect Plaintiffs against unreasonable and unnecessary costs.

50.     Home Depot breached the duties it owed to Plaintiffs by, among other things: (i) failing to comply with all applicable local, state and national building codes and regulations, including the Florida Building Code; (ii) installing the roof in a defective, deficient and improper manner as set forth above; and/or (iii) by hiring individuals to perform work on the Property who did not have the requisite skill or license to perform such work.

51.     As a direct and proximate result of Home Depot's negligence, Plaintiffs have suffered damages to the Property and will incur great costs to remedy the defects, to remediate the mold, and to repair and replace their personal property.

52.     As a further direct and proximate result of Home Depot's negligence, Plaintiffs also have suffered bodily injury and resulting pain and suffering, disability, loss of capacity for the

enjoyment of life, expense of hospitalization and medical care and treatment, lost wages and loss of earning capacity.    Plaintiffs will continue to suffer these damages in the future.

WHEREFORE, Plaintiffs demand judgment against Home Depot USA, Inc. for all damages permitted by law and for such other and further relief as the Court deems just and proper.

### Count IV – Breach of Express Warranty

53.    The allegations in paragraphs 1 through 33 are realleged as if fully set forth herein.

54.    Plaintiffs EC and MC entered into a contract with THD At-Home Services, Inc. d/b/a The Home Depot At Home Services, which upon information and belief is a now defunct wholly owned subsidiary of defendant Home Depot.    *See* Exhibit "A."

55.    As part of the parties' Contract, Home Depot issued Installed Residential Roofing Systems Limited Craftsmanship Warranty. See Exhibit "B."

56.    The express warranty obligation Home Depot to "correct all faults related to workmanship or application of the product(s) that occur … at no additional cost to Purchaser."

57.    The installation of the roof was performed in a defective, deficient and unworkmanlike manner and contained significant defects.

58.    Home Depot has therefore breached the terms of the express warranty.

59.    Plaintiffs have suffered both personal and property damages as a result of Home Depot's breach of the express warranty as set forth above.

WHEREFORE, Plaintiffs demand judgment against Home Depot USA, Inc. for all damages permitted by law and for such other and further relief as the Court deems just and proper.

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiffs hereby demand a trial by jury on all issues so triable.

Respectfully submitted,

<u>/s/ Jonathan P. Cohen</u>
Jonathan P. Cohen, Esq.
Florida Bar No. 11526
Lisa B. Lia, Esq.
Florida Bar No. 1026810
Jonathan P. Cohen P.A.
jcohen@jcohenpa.com
service@jcohenpa.com
llia@jcohenpa.com
500 E. Broward Blvd, Ste. 1710
Ft. Lauderdale, FL 33394
Ph-954-462-8850
Fx-954-848-2987

**EXHIBIT "A"**

Aug 18 16 03:38p

Daily Appointment Form

p.1

8/18/16, 3:35 PM

**8/18/2016**

**Mullaney, William P.**

3:35:12 PM

**Lead/Branch:** 8982266-Miami
**Price Book:** Miami
**Base Store:** 6326 W GRIFFIN
**Referral Store:** 6326 W GRIFFIN
**Store Associate:** Saxon Eric

**Customer Referral:**

**Wednesday**
**8/17/2016 8:00:00 AM**
**Interest:**
Tile Roof

**Building Code Requirements:**
All Areas Impact Protection
Required
Energy Star Southern

**Homeowner Name & Address:**
Mario Cueva
Emperatriz Cueva
472 Lakeside Cricle
Weston, FL 33326

**Home Phone:** (954)889-4400
**Work Phone:**
**Cell Phone:**
**Pager:**
**Work Phone 2:**
**Cell Phone 2:**
**Homeowner's email:** n@aa.com

**County:** BROWARD

**Nearest Cross Street:**

**SC Comments:**

**OLS Additional Information:**

**Installations Scheduled for 8/17/2016:**

| Job# | Homeowner / Address | Home Phone | Work Phone | Cell Phone |
|------|---------------------|------------|------------|------------|

**Sales Consultant 1:** _____

**Sales Consultant 2:** _____

(List second consultant only if commission is split)

**Project Coordinator:**
Sherrie Torrance - (770)779-1300

**Field Inspector:**
Adalid Davila - (305)632-8705

**Results (Complete the applicable sections)**

___ Siding     ___ Windows     ___ Roofing     ___ Insulation

___ Entry Doors  ___ Storm Prot.  ___ Gutters/Leaf Prot.

___ Sale     ___ Credit Reject   Contract Amount $ _____

___ Appt. Reset   Reason: _____

___ No Good    _____

___ Sit No Sale  ___ Price Quote  Follow Up Call Date: _____

Objections or Issues: _____

_____

**If appointment is a SALE:**
#1. Result your Sale on the Web
#2. FAX the Documents **IN THE ORDER SPECIFIED** below to: (800)283-8065
#3. **Master Contract docs** (when resulting multiple products) as follows:
> Sales Contract (top page only)
#4. **First Job docs as follows:**
> Pre-Renovation Form
> Spec Sheet (w/ signature/all pages)
> Pricing Worksheet (all pages)
> Measure Sheet(s)
> Diagram (if applicable)
> Contract Amend. (if any)
> Lead CA (if applicable)
#5. Repeat **all** section #4 docs for second, third & fourth Jobs

**ONLY FAX ONE JOB AT A TIME**

https://www.thdathomeservices.com/salesweb/afApptPrint.asp?AK=8802585&AutoPrint=Yes

Page 1 of 2

## HOME IMPROVEMENT CONTRACT
### PLEASE READ THIS

**Branch Name: Miami**     Date: 8/21/16

Sold, Furnished and Installed by:
THD At-Home Services, Inc.
d/b/a The Home Depot At-Home Services
674 S. Military Trail, Deerfield Beach, FL 33442

**Branch Number: 60**

Toll Free 877-903-3768
Fein # 75-2698460, FL Lic # CCC058327, CGC1507093, CRC046858

**Installation Address:** 472 Lakeside Cir    Sunrise    FL    33726

      City           State      Zip

**Purchaser(s):**

| | Work Phone: | Home Phone: | Cell Phone: |
|---|---|---|---|
| Mario Cueva | [ ] | [ ] | 954 1594-7061 |
| Enperatriz Cueva | [ ] | [ ] | 954 877-4403 |

**Home Address:**
(If different from Installation Address)      City          State      Zip

**E-mail Address** (to receive project communications and Home Depot updates):
☒ I DO NOT wish to receive any marketing emails from The Home Depot

**Project Information:** Undersigned ("**Customer**"), the owners of the property located at the above installation address, agrees to buy, and THD At-Home Services, Inc. ("**The Home Depot**") agrees to furnish, deliver and arrange for the installation ("**Installation**") of all materials described on the below and on the referenced Spec Sheet(s), all of which are incorporated into this Contract by this reference, along with any applicable State Supplement and Payment Summary attached hereto and any Change Orders (collectively, "**Contract**"):

**Job #:** (Internal Reference)

| 8982266 | Products: | Spec Sheet(s) #: | Project Amount |
|---|---|---|---|
| | ☒ Roofing ☐ Siding ☐ Windows ☐ Insulation<br>☐ Gutters / Covers ☐ Entry Doors ☐ | 353239 | $ |
| | ☐ Roofing ☐ Siding ☐ Windows ☐ Insulation<br>☐ Gutters / Covers ☐ Entry Doors ☐ | | $ |
| | ☐ Roofing ☐ Siding ☐ Windows ☐ Insulation<br>☐ Gutters / Covers ☐ Entry Doors ☐ | | $ |
| | ☐ Roofing ☐ Siding ☐ Windows ☐ Insulation<br>☐ Gutters / Covers ☐ Entry Doors ☐ | | $ |
| **10% of Contract Amount due upon execution of this contract. Certain forms of payment may require 100% payment prior to the start of the project.** | | **Total Contract Amount** | $ 29517 ⁰⁰ |

Customer agrees that, immediately upon completion of the work for each Product, Customer will execute a Completion Certificate (one for each Product as defined by an individual Spec Sheet) and pay any balance due. As applicable, each Customer under this Contract agrees to be jointly and severally obligated and liable hereunder.

The Home Depot reserves the right to issue a Change Order or terminate this Contract or any individual Product(s) included herein, at its discretion, if The Home Depot or its authorized service provider determines that it cannot perform its obligations due to a structural problem with the home, environmental hazards such as mold, asbestos or lead paint, other safety concerns, pricing errors or because work required to complete the job was not included in the Contract.

**Payment Summary:** The Payment Summary # 1236627 , included as part of this Contract, sets forth the total Contract amount and payments required for the deposits and final payments by Product (as applicable).

### NOTICE TO CUSTOMER
**You are entitled to a completely filled-in copy of the Contract at the time you sign. Do not sign a Completion Certificate (note: there is one Completion Certificate for each Product as defined by individual Spec Sheets) before work on that Product is complete.**

In the event of termination of this Contract, Customer agrees to pay The Home Depot the costs of materials, labor, expenses and services provided by The Home Depot or Authorized Service Provider through the date of termination, plus any other amounts set forth in this Agreement or allowed under applicable law. **THE HOME DEPOT MAY WITHHOLD AMOUNTS OWED TO THE HOME DEPOT FROM THE DEPOSIT PAYMENT OR OTHER PAYMENTS MADE, WITHOUT LIMITING THE HOME DEPOT'S OTHER REMEDIES FOR RECOVERY OF SUCH AMOUNTS.**

**Acceptance and Authorization:** Customer agrees and understands that this Agreement is the entire agreement between Customer and The Home Depot with regard to the Products and Installation services and supersedes all prior discussions and agreements, either oral or written, relating to said Products and Installation. This Agreement cannot be assigned or amended except by a writing signed by Customer and The Home Depot. Customer acknowledges and agrees that Customer has read, understands, voluntarily accepts the terms of and has received a copy of this Agreement.

Accepted by:

X _____   8/11/16     Submitted By:
Customer's Signature    Date

X _____   7/11/16     X _____   8/21/16
Customer's Signature    Date     Sales Consultant's Signature    Date

Telephone No. _____

Sales Consultant License No. _____ (as applicable)

**CANCELLATION: CUSTOMER MAY CANCEL THIS AGREEMENT WITHOUT PENALTY OR OBLIGATION BY DELIVERING WRITTEN NOTICE TO THE HOME DEPOT BY MIDNIGHT ON THE THIRD BUSINESS DAY AFTER SIGNING THIS AGREEMENT. THE STATE SUPPLEMENT ATTACHED HERETO CONTAINS A FORM TO USE IF ONE IS SPECIFICALLY PRESCRIBED BY LAW IN CUSTOMER'S STATE.**

**NOTICE: ADDITIONAL TERMS AND CONDITIONS ARE STATED ON THE REVERSE SIDE**

Aug 18 16 03:38p

p.3

**ROOFING SPEC SHEET**
**DESCRIPTION OF WORK**

Branch: _Miami_
Branch #: _HD-60_

Spec Sheet # 353239
Job # 8182266

## CUSTOMER INFORMATION

Customer Name: _Mario Cuesta_

Job Address: _4173 Lakeside Dr._
_Sunrise    FL    33326_

Home Phone #: _954  884-9440_
Cell Phone #:
Work Phone #:
Email Address:
Drop Location:
Dumpster Location:

## (A) SHINGLE APPLICATION

### ASPHALT SHINGLE

| Brand | Product | |
|---|---|---|
| GAF | Timberline HD | |
| GAF | Royal Sovereign | |
| GAF | | |
| Atlas | Pinnacle HP | |
| Atlas | GlassMaster | |
| Atlas | | |
| IKO | Cambridge | |
| IKO | Marathon | |
| (other) | | |

Color:

Roofing System: 2YR  10YR  20YR  25YR

### METAL ROOFING
**Metal Panels**

Concealed Fastener
Exposed Fastener

Brand:
Color:

**Decra Metal Shingles***

* Special Order
Extended lead
times

Shingle XD
Shake XD
Villa Tile

Color:

### SPECIALTY ROOFING
**Flat Roofing**

EPDM - 60 mil
TPO - 60 mil
SBS 2-Ply Modified Bitumen

**Low Slope Roofing**

Brand:
Color:

**Tile Roofing**

Brand: _Eagle_   Style: _Malibu_
Color: _Alhambra_

## (B) FLASHING

### ASPHALT SHINGLE

Step
Counter
Base
Tile Pan Flashing
Tile Head Flashing    Color:

Chimney
Skylight
Drip Edge

### METAL ROOFING

Ridge/Peak
Eave/Rake Trim
Hip
Valley

Roof to Wall
Slope Change
Chimney
Skylight

### SPECIALTY ROOFING

Termination Bar
Parapet Coping-Metal
Metal Drip Edge
Scuppers

Internal Drain
Pitch Pockets
Pipe Boots
Exhaust Cap

## (C) REMOVAL

Asphalt
Wood Shingle
# of Layers:

Tile
Modified

Tar & Gravel
Gravel Ballast
** See add'l charges below

## (D) DECKING (Replace)²

OSB
1/2" CDX
3/4" CDX

Recovery Bd
ISO Board
Plank

² Rotted or damaged wood
discovered BEFORE
removing existing roof

## (E) VENTILATION

### Intake

Soffit Vent
Vented Drip Edge
Color:

### Exhaust

Ridge Vent
Turbine Vent
Low Profile
Dormer Vent
Color:

## (F) Skylights & Miscellaneous

### Skylights

Size    #    Fixed    Vented

### Miscellaneous

Cricket
Addl. Stories
Poor Access
Steep Charge
Replace Fascia

## SPECIAL CONSIDERATIONS

_Foam Attached Pedestal & Stack (underlayment)_   _3 Sheets of Plywood Included_

## PRE-EXISTING CONDITIONS

| | | | |
|---|---|---|---|
| Walls | | Gutters | |
| Ceilings | | Driveway | |
| Windows | | Landscaping | |
| Siding | | | |

## ADDITIONAL CHARGES

If rotted or damaged wood is discovered AFTER removing the existing roof and/or could not be identified at the time of sale, there will be an additional charge of $ _79²²_ per sheet of 4x8 sheathing and/or $ _____ per lineal foot of dimensional lumber / fascia / planking.

** If additional layers of roofing are discovered AFTER removing the first layer, or could not be identified at time of sale,
to remove each additional layer based on product to be removed:
$ _____ p/sq. for composition shingles, $ _____ p/sq. for wood shingles and $ _____ p/sq. for low slope roofing.

I have reviewed and agree with the job specifications described above,
and have reviewed and agree with the Special Terms and Conditions listed on the reverse side of the yellow (Customer) copy of this Spec Sheet.

Customer Signature: _____    Date: _6/21/16_

10-01-12

White-The Home Depot; Yellow-Customer

THD-530

Aug 18 16 03:42p

p.4

## TILE PRICING WORKSHEET

MIAMI #60

Customer _Cueva_    Job # _8982266_    SC _Bill Milton_    Date _8/17/16_

| PRODUCT | | Unit Meas. | Retail Price | OPTION #1 | | OPTION #2 | |
|---|---|---|---|---|---|---|---|
| | | | | Units | Total Price | Units | Total Price |
| **(A) TILE REMOVAL AND APPLICATION** | | | | | | | |
| Eagle Tile - Foam Attached | | Square | $970 | 24 | 23280 | | |
| Tile Additional Layer Removal | | Square | $56 | | | | |
| | | | **(A) SUBTOTAL** | | | | |
| **(B) DECKING** | | | | | | | |
| Decking | 5/8" CDX and OSB Decking | Sheet | $79 | 3 | 237 | | |
| | Sheathing for Exposed Ceiling (For Nailing Purposes) | Sheet | $72 | | | | |
| | Plank Decking | Lin Ft | $5 | | | | |
| | | | **(B) SUBTOTAL** | | | | |
| **(C) FLASHING** | | | | | | | |
| Copper Flashing | | Lin Ft | $10 | | | | |
| Copper Drip Edge | | Lin Ft | $10 | | | | |
| | | | **(C) SUBTOTAL** | | | | |
| **(D) MISCELLANEOUS** | | | | | | | |
| Steep Charge | 8/12 and over | Square | $49 | | | | |
| Poor Access | | Square | $44 | | | | |
| Cricket | | Each | $300 | | | | |
| Replace Fascia | | Lin Ft | $6 | | | | |
| Misc. Labor | | Hour | $50 | | | | |
| | | | **(D) SUBTOTAL** | | | | |
| **TOTAL PROJECT AMOUNT [1] ( A+B+C+D ):** | | | | $ 23,517 | | $ | |
| **EST. MONTHLY PAYMENT [2] :** | | | | $ | | $ | |

[1] Minimum Project Amount per Job = $2,000

[2] Equal to Project Amount X .019 (based on 84 months and 13.99% APR).

B - Back Side
Grene

BNSN

$ 23,517
−   3,000
─────────
$ 20,517 .00

09/15/15

CUEVA

Job# 8582266

Roof Diagram



Aug 18 16 03:43p

p.6

## HOME OWNERS ASSOCIATION VERIFICATION

HOA contact person name or N/A _____

Phone number(s) or N/A _____

*Should your association require approval , we ask that you obtain it in writing as soon as possible. This will expedite your project since we can not order material or obtain a permit without their permission. Please see below and initial the line that pertains to you.*

Home Owners Name: _MARIO CUEZA_____

Address: _472 LakeSide Cir_____

City: _SUNRISE_____ State: _FL_ Zip Code: _33326_

Job Number : _8982266_____

_____ (initial) I understand that it is my responsibility to contact my HOA to obtain approval in accordance with the bylaws of my HOA.

_____ (initial) I have a Homeowners Association/Condo association however **I am NOT** required to get any authorization in order to fulfill the terms of this contract.

_____ (initial) I do not have a Homeowners Association/Condo association

Should your association require approval we ask that you obtain it in writing as soon as possible. We will provide if needed any samples, brochures or answer any specific questions regarding your project. Please have them contact our branch office at **561-536-1300**. They will need your job number as reference. They will be connected with the project coordinator for your specific job.

Our customers are number one, our commitment is to meet and exceed their expectation, the faster you can get us the needed information, the sooner we can start your project and make you another satisfied customer.

Home Owner's Signature _____

**THD At-Home-Services, Corporate Drive Boynton Beach, FL 33426**
**Phone 561-536-1300 Fax 561-742-4078  Toll Free 877-678-5554**

8982266

Aug 18 16 03:44p

p.7

## SECTION 1524
## HIGH VELOCITY HURRICANE ZONES REQUIRED OWNERS NOTIFICATION FOR ROOFING CONSIDERATIONS

**1524.1** As it pertains to this section, it is the responsibility of the roofing contractor to provide the owner with the required roofing permit, and to explain to the owner the content of this section.. The provisions of Chapter 15 of the *Florida Building Code, Building* govern the minimum requirements and standards of the industry for roofing system installations. Additionally, the following items should be addressed as part of the agreement between the owner and the contractor. The owner's initial in the adjacent box indicates that the item has been explained.

**1. Aesthetics-Workmanship:** The workmanship provisions of Chapter 15 (High Velocity Hurricane Zone) are for the purpose of providing that the roofing system meets the wind resistance and water intrusion performance standards. Aesthetics (appearance) issues are not a consideration with respect to workmanship provisions. Aesthetic issues such as color or architectural appearance, that are not part of a zoning code, should be addressed as part of the agreement between the owner and the contractor.

**2. Renailing Wood Decks:** When replacing roofing, the existing wood roof deck may have to be renailed in accordance with the current provisions of Chapter 16 (High Velocity Hurricane Zones) of the Florida Building Code. (The roof deck is usually concealed prior to removing the existing roof system).

**3. Common Roofs:** Common roofs are those which have no visible delineation between neighboring units (i.e. townhouses, condominiums, etc.). In buildings with common roofs, the roofing contractor and/or owner should notify the occupants of adjacent units of roofing work to be performed.

**4. Exposed Ceilings:** Exposed, open beam ceilings are where the underside of the roof decking can be viewed from below. The owner may wish to maintain the architectural appearance, therefore, roofing nail penetrations of the underside of the decking may not be acceptable. The Florida Building Code provides the option of maintaining this appearance.

**5. Ponding Water:** The current roof system and/or deck of the building may not drain well and may cause water to pond (accumulate) in low-lying areas of the roof. Ponding can be an indication of structural distress and may require the review of a professional structural engineer. Ponding may shorten the life expectancy and performance of the new roofing system. Ponding conditions may not be evident until the original roofing system is removed. Ponding conditions should be corrected.

**6. Overflow scuppers** (wall outlets): It is required that rainwater flow off so that the roof is not overloaded from a build up of water. Perimeter/edge walls or other roof extensions may block this discharge if overflow scuppers (wall outlets) are not provided. It may be necessary to install overflow scuppers in accordance with the Florida Building Code, Plumbing.

**7. Ventilation:** Most roof structures should have some ability to vent natural airflow through the interior of the structural assembly (the building itself). The existing amount of attic ventilation shall not be reduced. It may be beneficial to consider additional venting which can result in extending the service life of the roof.

_____    8 , 16 , 16    _____
Owner's/Agent's Signature          Date                     Contractor's Signature


_____    _____
Property Address                    Permit Number


Rev:1/20/2005, Computer Services, Building Department

8982266

Aug 18 16 03:46p

p.8

PERMIT NUMBER

## NOTICE OF COMMENCEMENT

The undersigned hereby given notice that improvement will be made to certain real property, and in accordance with Chapter 713, Florida Statues the following information is provided in the Notice of Commencement.

1. **DESCRIPTION OF PROPERTY** (Legal description & street address, if available) **TAX FOLIO NO.:** _____

**SUBDIVISION** _____ **BLOCK**_____ **TRACT**_____ **LOT**_____ **BLDG**_____ **UNIT**_____

_____

2. **GENERAL DESCRIPTION OF IMPROVEMENT:**

_____

3. **OWNER INFORMATION:** a Name_____

b. Address_____ c. Interest in property_____

d. Name and address of fee simple titleholder (if other than Owner) _____
4. **CONTRACTOR'S NAME, ADDRESS AND PHONE NUMBER:**

_____

5. **SURETY'S NAME, ADDRESS AND PHONE NUMBER AND BOND AMOUNT:**

_____

6. **LENDER'S NAME, ADDRESS AND PHONE NUMBER:**

_____

7. Persons within the State of Florida designated by Owner upon whom notices or other documents may be served as provided by Section 713.13 (1) (a) 7., Florida Statutes:
**NAME, ADDRESS AND PHONE NUMBER:**

_____

8. In addition to himself or herself, Owner designates the following to receive a copy of the Lienor's Notice as provided in Section 713.13 (1) (b), Florida Statutes
**NAME, ADDRESS AND PHONE NUMBER:**

_____

9. Expiration date of notice of commencement (the expiration date is 1 year from the date of recording unless a different date is specified): _____, 20____

WARNING TO OWNER: ANY PAYMENTS MADE BY THE OWNER AFTER THE EXPIRATION OF THE NOTICE OF COMMENCEMENT ARE CONSIDERED IMPROPER PAYMENTS UNDER CHAPTER 713, PART I, SECTION 713.13, FLORIDA STATUTES, AND CAN RESULT IN YOUR PAYING TWICE FOR IMPROVEMENTS TO YOUR PROPERTY. A NOTICE OF COMMENCEMENT MUST BE RECORDED AND POSTED ON THE JOB SITE BEFORE THE FIRST INSPECTION. IF YOU INTEND TO OBTAIN FINANCING, CONSULT WITH YOUR LENDER OR AN ATTORNEY BEFORE COMMENCING WORK OR RECORDING YOUR NOTICE OF COMMENCEMENT.

X _____

Signature of Owner or
Owner's Authorized Officer/Director/Partner/Manager          **Print Name and Provide Signatory's Title/Office**

State of Florida
County of Broward

The foregoing instrument was acknowledged before me this _16_ day of _Aug_, 20 _16_

By _____ as _____
        (name of person)                                (type of authority,...e.g. officer, trustee, attorney in fact)
For _____
        (name of party on behalf of whom instrument was executed)

____ Personally known or ____ produced the following type of identification FLORIDA LIC.

_____
                                                         (Signature of Notary Public)

WILLIAM MULLANEY
MY COMMISSION # FF 911213
EXPIRES: November 28, 2019
Bonded Thru Notary Public Underwriters

Under Penalties of perjury, I declare that I have read the foregoing and that the facts in it are true to the best of my knowledge and belief (Section 92.525, Florida Statutes).

Signature(s) of Owner(s) or Owner(s)' Authorized Officer/ Director / Partner/Manager who signed above:

By _____                    By _____

8772266

Aug 18 16 03:49p

p.9

# LIMITED POWER OF ATTORNEY

BE IT KNOWN, that _____ ("Principal") has made and appointed, and by these presents does make and appoint THD At Home Services, Inc.

d/b/a, **The Home Depot At Home Services** and/or its agent _____

true and lawful, Attorney –in-Fact for him/her and his/her name, place and stead, for the following specific and limited purposes only:

To execute any and all documents reasonably necessary, including without limitations any permit applications, for the sole, specific and limited purpose of obtaining a permit for home improvements on behalf of the homeowner(s) _____

and for the property located at: _____

giving and granting said Attorney-In-Fact, full power and authority to do and perform ALL and EVERY act and thing whatsoever necessary to be done in and about the specific and limited premises (set out hereinabove) as fully, to all intents and purposes, as might or could be done if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal this _____ day of _____ 20____.

Signed, Sealed and Delivered in the presence of:

_____          _____
**WITNESS**                              **PRINCIPAL**

_____

**WITNESS**

**STATE OF:** _____ )

**COUNTY OF:** _____ )

I, _____, a Notary Public in and for the State of Florida, do hereby certify that _____, who is either ( ) personally known to me, or ( ) who provided _____ as identification, appeared before me this day in person and acknowledged that he/she signed, sealed and delivered that said instrument as his/her free and voluntary authorized for the uses and purposes herein set forth.

Given under my hand and official seal this _18_ day of _____ ,20_16_.

WILLIAM MULLANEY
MY COMMISSION # FF 911213
EXPIRES: November 26, 2019
Bonded Thru Notary Public Underwriters

**Notary Stamp**

_____
**Notary Public**

8982266

Aug 18 16 03:50p

p.10

## BROWARD COUNTY UNIFORM BUILDING PERMIT APPLICATION

Select One Trade: ☐ Building  ☐ Electrical  ☐ Plumbing  ☐ Mechanical  ☐ Other _____

Application Number: _____    Application Date: _____

| | | | |
|---|---|---|---|
| **1** | Job Address: | | Unit: | City: |
| | Tax Folio No.: | Flood Zn: | BFE: | Floor Area: |
| | Building Use: | | Construction Type: | Job Value: |
| | Present Use: | | Proposed Used: | Occupancy Group: |
| | Description of Work: | | | |

☐ New  ☐ Addition  ☐ Repair  ☐ Alteration  ☐ Demolition  ☐ Revision  ☐ Other:

Legal Description: _____                                     ☐ Attachment

| | | | | |
|---|---|---|---|---|
| **2** | Property Owner: | Phone: | Email: | |
| | Owner's Address: | City: | State: | Zip: |
| **3** | Contracting Co.: | Phone: | Email: | |
| | Company Address: | City: | State: | Zip: |
| | Qualifier's Name: | Owner-Builder: ☐ | License Number: | |
| **4** | Architect/Engineer's Name: | Phone: | Email: | |
| | Architect/Engineer's Address: | City: | State: | Zip: |
| | Bonding Company: | | | |
| | Bonding Company Address: | City: | State: | Zip: |
| | Fee Simple Titleholder's name (if other than owner): | City: | State: | Zip: |
| | Fee Simple Titleholder's Address (if other than owner): | City: | State: | Zip: |
| | Mortgage Lender's Name: | | | |
| | Mortgage Lender's Address: | City: | State: | Zip: |

Application is hereby made to obtain a permit to do the work and installations as indicated. I certify that no work or installation has commenced prior to the issuance of a permit and that all work will be performed to meet the standards of all laws regulating construction in this jurisdiction. I understand that a separate permit must be secured for ELECTRICAL WORK, PLUMBING, SIGNS, WELLS, POOLS, FURNACES, BOILERS, HEATERS, TANKS, and AIR CONDITIONERS, etc.

**OWNER'S AFFIDAVIT:** I certify that all the foregoing information is accurate and that all work will be done in compliance with all applicable laws regulating construction and zoning.

**WARNING TO OWNER: YOUR FAILURE TO RECORD A NOTICE OF COMMENCEMENT MAY RESULT IN YOUR PAYING TWICE FOR IMPROVEMENTS TO YOUR PROPERTY. A NOTICE OF COMMENCEMENT MUST BE RECORDED AND POSTED ON THE JOB SITE BEFORE THE FIRST INSPECTION. IF YOU INTEND TO OBTAIN FINANCING, CONSULT WITH YOUR LENDER OR AN ATTORNEY BEFORE COMMENCING WORK OR RECORDING YOUR NOTICE OF COMMENCEMENT.**

X _____
Signature of Property Owner or Agent

X _____
Signature of Qualifier

STATE OF FLORIDA
COUNTY OF BROWARD

STATE OF FLORIDA
COUNTY OF BROWARD

(affirmed) and subscribed before me this ___ day of _____, 20___ by _____

Sworn to (or affirmed) and subscribed before me this _____ day of _____, 20 _____ by _____

(Type / Print Property Owner or Agent Name)

(Type / Print Qualifier's Name)

NOTARY'S SIGNATURE as to Owner or Agent's Signature
Notary Name _____
(Print, Type or Stamp Notary's Name)
Personally Known _____ or Produced Identification _____
Type of Identification Produced _____

NOTARY'S SIGNATURE as to Qualifier's Signature
Notary Name _____
(Print, Type or Stamp Notary's Name)
Personally Known _____ or Produced Identification _____
Type of Identification Produced _____

WILLIAM MULLANY
MY COMMISSION # FF ___
EXPIRES: November 05, 20__
Bonded Thru Notary _____

APPROVED BY: _____ Permit Officer    Issue Date: _____    Code in Effect: _____

A jurisdiction may use a supplemental page requesting additional information and citing other conditions, please inquire.

Note: If any development work as described in FS 380.04 Sec. 2 a-g is to be performed, a development permit must be obtained prior to the issuance of a building permit.

8982266

1.56

**EXHIBIT "B"**



# Installed Residential Roofing Systems
# Limited Craftsmanship Warranty

**LIMITED CRAFTSMANSHIP WARRANTY** - In addition to any warranty extended to the Purchaser directly from the manufacturer of the product(s) used in the installation, THD At-Home Services, Inc. ("Home Depot"), upon notice from the Purchaser, will correct faults related to the workmanship or application of the product(s) that occur during the time period designated below at no additional cost to the Purchaser as long as the Purchaser owns the home in which the product(s) were installed. This Limited Craftsmanship Warranty is effective from the Completion Date as indicated on the Completion Certificate. See actual warranties for complete details.

**EXCLUSIONS** - The Warranty described above does not cover acts of God, deliberate damage and/or damage caused by vandalism or removal and/or alteration of the products or materials by the Purchaser or a party other than Home Depot or its authorized contractor, even in the event such action is authorized by the Purchaser.  In the event that the Purchaser, by themselves or through another party, performs work which causes the removal and/or alteration of the products or materials during the applicable Warranty period, this Craftsmanship Warranty shall be void, and all claims pursuant to it shall be forfeited.

| Craftsmanship Warranty Coverage | Eligible Products |
|---|---|
| Two (2) Year Limited Craftsmanship Warranty | All 25, 30, 40 year shingles and flat or low slope applications |
| Five (5) Year Limited Craftsmanship Warranty | All tile roof applications |
| Ten (10) Year Limited Craftsmanship Warranty | All 25, 30 or 40 year shingles |

**ADMINISTERED BY:**            **THD At-Home Services, Inc.**

d/b/a The Home Depot At-Home Services

2690 Cumberland Parkway, Suite 300

Atlanta, GA 30339

If you are in need of warranty service, please call 1-877-MY-THDPROJECT (1-877-698-4377).

**EXHIBIT "C"**



January 13, 2022

<u>By U.S. Mail and Certified Return Mail</u>
<u>and via email: Teresa_Roseborough@homedepot.com</u>
Teresa Wynn Roseborough, Esq.
Executive Vice President
General Counsel and Corporate Secretary
The Home Depot, Inc.
2455 Paces Ferry Road, SE
Atlanta, GA 30339-4024

<u>Re: Cueva/Roof Construction at 472 Lakeside Circle, Fort Lauderdale, FL 33326</u>

Dear Ms. Roseborough:

This firm represents Mario and Emperatriz Cueva regarding the installation of a new roof to the property located at 472 Lakeside Circle, Fort Lauderdale, FL.  The roof installation was performed through Home Depot-Store 6326 W Griffin in Davie, Florida.  The Cuevas have suffered extensive damages to their persons and property as a result of the defective installation of the roof at their property. Their efforts to resolve the matter with Home Depot's claims adjusters have failed, as the amount offered in settlement was insufficient to compensate the Cuevas for the significant damage and necessary repairs.

I enclose for your review a 558 Notice served upon the Home Depot entity named in the parties' contract –THD At-Home Services, Inc. – at its headquarters in Atlanta, Georgia.  The time within which Home Depot was required to respond to the 558 Notice expired in December 2020, and the company has failed to respond.  We would appreciate your prompt attention to this matter so that we may avoid litigation.

Regards,

*Jonathan P. Cohen*

Jonathan P. Cohen, Esq.

Enc.



November 8, 2021

<u>By U.S. Mail and Certified Return Mail</u>
7020-1810-0000-1472-2669
THD At-Home Services, Inc.
d/b/a The Home Depot At-Home Services
2690 Cumberland Parkway, Suite 300
Atlanta, Georgia 30339

<u>Re: Cueva/Roof Construction at 472 Lakeside Circle, Fort Lauderdale, FL 33326</u>

To Whom It May Concern:

This firm represents Mario and Emperatriz Cueva (together, "Owner") regarding the installation of a new roof to the property located at 472 Lakeside Circle, Fort Lauderdale, FL 33326 (hereinafter the "Project"). The purpose of this letter is to provide you with notice pursuant to Section 558.004, Florida Statutes, regarding Owner's claims against Home Depot-Store 6326 W Griffin (hereinafter "Contractor"), for construction defects at the Project, and to make demand pursuant to Florida Statutes, common law and the agreement between the parties for cure of these defects. This letter also serves as a demand, pursuant to Section 627.4137, Florida Statutes, for disclosure of your insurance information.

**<u>NOTICE OF CLAIM PURSUANT TO §§ 558.001 <i>et. seq.</i></u>**

Attached as Exhibit A to this Notice of Claim is a List of Defects that identifies the construction defects at the Project that have been discovered or are known to exist to date. Owner reserves their right to supplement and amend the List of Defects and this Notice of Claim if and as additional construction defects at the Project, or additional information concerning the construction defects discovered or known to exist to date, becomes available or as circumstances otherwise warrant. The damage or loss resulting from the defects set forth in the List of Defects includes, without limitation, the costs and expenses for the repair or removal of the deficient work and materials and replacement with suitable work and materials, and damage that may result to other work or fixtures. Be aware that this may include, without limitation, the costs and expenses to repair, or to remove and replace, the entire roof at the Project.

The defective work and materials set forth in the List of Defects, without limitation, violate applicable industry standards and are of poor quality, not fit for their intended use, unacceptable, and constitute breaches of Owner's agreement with Contractor for the Project (the "Agreement"). Additionally, the defective work and materials set forth in the List of Defects fail to meet generally



accepted standards of workmanship and performance of similar work and materials and fail to conform to the requirements of the Agreement.

This Notice of Claim is in addition to Owner's prior notices of the subject construction defects provided to Contractor when discovered by Owner.  Owner reported the issues to Home Depot and was directed to process the claim through The Genpact Warranty Team ("Genpact").  Genpact conducted a roof inspection and issued a written report for Claim Number 21682 (the "Genpact Report"). The roof defects identified by Genpact are listed in the Genpact Report, attached as part of Exhibit A. Owner hereby demands that you take all measures necessary to correct the defects identified on Exhibit A and those set forth in the Genpact Report.

Owner requests that Contractor, in compliance with Section 558.004(3), Florida Statutes, within ten (10) days after service of this Notice of Claim, forward a copy of this Notice of Claim to each contractor, subcontractor, supplier, or design professional whom Contractor reasonably believes is responsible for each defect specified in the attached List of Defects, noting the specific defect for which the Contractor believes the particular contractor, subcontractor, supplier, or design professional is responsible.

Pursuant to Section 558.004(2), within 30 days of service of this Notice of Claim, the person served with this Notice of Claim is entitled to perform a reasonable inspection of the property to assess each alleged construction defect and must reasonably coordinate the timing and manner of any and all inspections with Owner during normal working hours, through this office, to minimize the number of inspections.

Owner also requests that Contractor, in compliance with Section 558.004(5), Florida Statutes, within forty-five (45) days after service of this Notice of Claim serve a written response to Owner through this office, providing:

    (a) A written offer to remedy the alleged construction defects at no cost to Owner, a detailed description of the proposed repairs necessary to remedy the defects, and a timetable for the completion of such repairs;

    (b)  a written offer to compromise and settle the claim by monetary payment, that will not obligate your insurer(s), and a timetable for making payment;

    (c) a written offer to compromise and settle the claim by a combination of repairs and monetary payment, that will not obligate your insurer(s), that includes a detailed description of the proposed repairs and a timetable for completion of such repairs and making payment;

    (d) a written statement that you dispute the claim and will not remedy the defects or compromise and settle the claim; or

    (e) a written statement that a monetary payment, including insurance proceeds, if any, will be determined by your insurer(s) within thirty (30) days after notification to the



insurer(s) by means of serving this Notice of Claim, which service shall occur at the same time Owner is notified of this settlement option, which Owner may accept or reject.  A written statement under this paragraph may also include an offer under paragraph (c) above, but such offer shall be contingent upon Owner also accepting the determination of the insurer whether to make any monetary payment in addition thereto.  If Contractor' insurer(s) make no response within the thirty (30) days following service, then Owner shall be deemed to have met all conditions precedent to commencing an action.

In accordance with Section 558.004(15), Florida Statutes, Owner also requests that Contractor provide, within thirty (30) days of service of this Notice of Claim, any design plans, specifications, and as-built plans; any documents detailing the design drawings or specifications; photographs, videos, and expert reports that describe any defect upon which this claim is made, as set forth in the attached List of Defects; subcontracts; and purchase orders for the work that is claimed defective or any part of such materials. Owner offers to pay the reasonable costs of reproduction, but requests to be notified of such costs before they are incurred.

Owner also demands that Contractor preserve all of the documents and items listed above, and any and all other documents and items within Contractor' possession, custody, or control regarding the Project.  Please do not modify, alter or destroy any such documents or items, including, without limitation, any or all electronically stored information, such as, but not limited to, emails, text messages, BIM (Building Information Modeling), CAD drawings, photographs, videos, spreadsheets, and electronic back-up and storage systems and media.  Please place all applicable personnel in your company on notice regarding this demand.

Owner reserves all of their rights, claims, and remedies regarding or arising from the Project, the Agreement, and the matters set forth above.  The omission of any construction defect, claim, or other issue or matter from this letter is not intended, nor should be deemed as, a waiver of any right, claim, or remedy by Owner, all of which Owner expressly reserves, including without limitation, all of their warranty and other rights and claims that are available under the Agreement and that are otherwise available under relevant and applicable laws.  Owner also expressly reserves, and does not waive or intend to waive, all of their rights, claims, and remedies regarding or arising from their contracts and agreements with any other person or entity regarding the Project, or that are otherwise available under relevant and applicable laws, including, without limitation, in regard to the matters set forth above.

## <u>DEMAND FOR DISCLOSURE OF INSURANCE INFORMATION</u>

Pursuant to section 627.4137 of the Florida Statutes, the Owner hereby requests that you disclose the name and coverage, together with the limits of liability, for each insurer for which you may have coverage for any act or omission with respect to services you may have performed or goods



you may have provided with respect to the above-referenced claim. Please also provide a copy of the subject policies. Additionally, you are hereby requested to forward the instant demand for disclosure to your insurers, to provide a statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement.

In addition, Owner requests that you have each of the insurers provide the undersigned with a statement, under oath, of a corporate officer or the insurer's claim management superintendent, which sets forth:

(a) Each known policy of insurance, which does or may provide insurance coverage to pay all or a portion of these claims, including excess or umbrella insurance;

(b) The name of the insurer;

(c) The name of the insured;

(d) The limits of the liability coverage; and

(e) A statement of any policy or coverage defense, which insurer reasonably believes is available to such insurer at the time of filing such statement.

I appreciate your immediate attention to this matter and look forward to your prompt response.

Regards,

*Jonathan P. Cohen*

Jonathan P. Cohen, Esq.



EXHIBIT A

<u>List of Defects</u>

Below is a list of the construction defects (including, without limitation, as such term is defined in Section 558.002(5), Florida Statutes) at the Project that have been discovered or are known to exist to date. Owner reserves their right to supplement and amend this List of Defects and its accompanying Notice of Claim if and as additional construction defects at the Project, or additional information concerning the construction defects discovered or known to exist to date, becomes available or as circumstances otherwise warrant.

1. Defective, deficient, and/or improperly installed roof materials that are deteriorating and causing water intrusion and damage to both the interior and exterior of the home. The roof is retaining water and leaking in numerous places, causing mold and other damage to exterior and interior walls, light fixtures and ceilings. Active water leaks throughout the house, and significant mold formation causing chronic health issues in the residents.

2. The work and materials specified, supplied, and installed for the roof, including, without limitation, the fasteners, nails, screws, flashing, cement, waterproofing and sealants used to install and finish the roof were not manufactured, inspected, prepared, and/or installed in accordance with, without limitation, the approved control samples, industry standards, or governing contract documents, plans, drawings, or specifications.

3. The work and materials specified, supplied, and installed for the roof, including, without limitation, the fasteners, nails, screws, flashing, cement, waterproofing and sealants used to install and finish the roof were not of good quality, free from defects, or fit for their intended use, and fail to satisfy generally accepted standards of workmanship and performance of similar work and materials meeting the requirements specified by Owner's agreement with contractor.

4. Defective, deficient, and/or improperly installed roof materials, sealers and waterproofing, resulting in cracks, water intrusion and damage, and holes in the roof. The roof is missing wall flashes, stucco, sealer flex waterproofing, seal flex pink and fabric.

5. Defective, deficient, and/or improperly installed flashing, valley and return resulting in water intrusion and damage.

6. Defective, deficient, and/or improperly installed clay tiles that are cracked and/or missing underlayments, plastic caps and sheets, resulting in water intrusion and damage.

7. Defective, deficient, and/or improperly installed boards on the side of the roof, resulting in leakage through the boards, and blockage of the breather vent, causing humidity and dampness in the bathroom.



8. Mold and environmental toxins identified in walls, boards and window seals, air handlers, and in other areas of the home, causing significant, chronic health issues in residents and resulting in thousands of dollars in out-of-pocket medical costs in addition to pain and suffering. Mold also damaged furniture, clothing, landscaping equipment and other items inside the home. Further mold testing and significant remediation, repair and replacement necessary.

9. Based upon the Genpact Report, the roof will need to be repaired and/or replaced. Owner also seeks compensation for the personal injury and property damages caused by the defective roof and resulting water intrusion and mold. Owner further states that the following professionals will need to be hired to repair the defective roof and resulting interior and exterior damage:

    a. General Contractor
    b. Electrical Specialist for both interior and exterior work
    c. Tarp Specialist
    d. Mold Restoration and Removal Specialist
    e. Mason and Roofer Professional
    f. Painter
    g. Construction Debris/ Roll Off Dumpster
    h. Garage Door Professional
    i. Window Professional
    j. Professional to replace walls, ceiling, crown and frames
    k. HVAC Contractor

**GenPact Report and pictures are attached hereto and incorporated herein by reference. Additional pictures, repair estimates, medical records, expense information and videos are available upon request.**

Owners: Mario & Emperatriz Cueva
Home: 472 Lakeside Circle Sunrise, FL 33326
Phone: 954-534-4306

Genpact Claim Number# 21682
Date: 2020 Year

**<u>EXTERIOR DAMAGES</u>**

Image 1



Image 2



Image 3



Image 4



Image 5



Cracks all over the sides and holes of unfinished. This is not the way roof should look like. Missing wall flashes, stucco, sealer flex waterproofing, seal flex pink and fabric. Wall flashes are areas that always fail first as expected the wood decking along with wall flashing area gets rotted from water intrusion and always need to be replaced and/or installed before installing the roof tiles. Wall flashing should have a generous layer of flashing cement, after the wall area is properly sealed. Flashing are set in place over the cushion provided by the flashing cement. If not enough flashing cement is applied the flashing will rust and fail prematurely. Flashing should be secured and sealed, fresh stucco is applied to the areas to conceal the flashing and match the wall, then a wood board is used to frame the stucco perfectly. To prevent stucco on the wall flashing from cracking and provide additional reinforcement, sealer flex waterproofing system is applied along the wall flashing. The first coat of sealer flex pink must be applied directly over the new stucco, seal of flex fabric is then installed over the first layer of sealer flex pink. The fabric serves as reinforcement of the waterproofing system, after the fabric is installed a second coat of seal flex pink is applied directly over the fabric. The importance in installing sealer flex for another waterproofing system along the wall flashing cannot be stressed enough. Pink fabric and pink assembly must cure for a day. Following a seal flex white finish coat should be applied to complete the sealer flex waterproofing system. In these pictures the home failed to have this process. The roof is incorrectly installed causing water damages all over the house lining.

Image 6                                    Image 7



1) Leak on VALLEY and RETURN, must remove all tiles in affected
area, cut and replace all rotten plywood as necessary, install new modified
bitumen tile underlayment along repair, seal all edges with roof mastic and
fibered membrane.

2) FLASHING, VALLEY & RETURN have not been installed correctly nor should have been approved by code
inspector, must remove all tiles in affected area, cut out stucco, remove old stucco and rotten wall flashing,
install new wall flashing along the wall and seal all edges with roof mastic and fibered membrane along the
wall, install new modified bitumen underlayment along repair, also seal edges with roof mastic and fibered
membrane. Install new stucco to match existing wall texture. Install all new tiles. New tiles will not match due
to the age of the roof or availability of tiles.

3) Repair leak found along wall FLASHING on back of house, must
remove all tiles in affected area, replace any damage plywood decking if
necessary, install new modified bitumen tile underlayment, seal vent and all
edges with roof mastic and fibered membrane. Install tiles back as close as
possible, new tiles will not match due to the age of the roof or availability of
tiles.

Image 8



Cracks in the clay tile.

Image 9



Water Leaking through cracks on side that was not properly flashed.

Image 10



Did not place boards correctly. Leaks from the roof damaged and rotten the board with mold. Must be fixed immediately. Mold running through walls and inner window seals.

Image 11



The proper layers underneath clay tile was not installed correctly. Missing underlayment's and sheets. They did not install plastic caps that goes in between the wood batten and underlayment's causing incoherent leakages. By placing the plastic caps is allows the roof open airspace in between the thickness of the plastic cap in which allows the water to go through the tile and hits the underlayment giving it a place to flow freely down the roof all the way down the gutter system properly.

Image 12



Boards not properly installed open areas on the side of roof. Leakage through board.

Image 13



Boards not properly installed open areas on the side of roof. Breather vent block causing humidity and dampness in the bathroom.

Image 14



Mold areas on window seal sides.

Image 15



Mold areas

Exterior Notes: I cannot attach roof video in the pdf file. I've attached one (1) video of loose roof tiles to email thread or you  can click on URL Link https://s21.aconvert.com/convert/p3r68-cdx67/4zs6m-mm2n0.mp3

For the exterior job we will need to hire the following:

- Tarp Specialist
- Mold Restoration and Removal Specialist
- Mason and Roofer Professional
- Painter
- Construction Debris / Roll Off Dumpster
- Garage Door Professional (Exterior or interior?)
- Window Professional (Exterior or interior?)

I am not sure if windows replacements or garage door removal/installation will be issued as exterior or interior work. Please notify me so I can add or remove quote to exterior work.